**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDY NICHOLAW,

    Plaintiff,

  v.

BOARD OF SUPERVISORS,

    Defendants.

No. C-11-4272 JCS

**ORDER**

**[Docket Nos. 14, 15]**

Plaintiff Andy Nicholaw has filed a "Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge" and has also filed a "Second Objection to Order Dismissing Complaint & Request for De Novo Review." Docket Nos. 14, 15.

Because the Plaintiff has previously consented to magistrate jurisdiction, the purported declination is untimely and the Court cannot consider it. This matter has been dismissed by the Court. *See* Docket Nos. 8, 13. Therefore, the Court construes Plaintiff's recent filings as a motion pursuant to Federal Rule of Civil Procedure 60(b) (the "Motion"). Having carefully considered the Plaintiff's arguments and the papers submitted, the Court find no factual or legal ground to reconsider the dismissal.

/
/
/
/

1

1     The Plaintiff's Motion is DENIED.

2     IT IS SO ORDERED.

3 Dated: January 9, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge